450 A.2d 219

Commonwealth v. Boswell, Sr., Appellant.

Submitted December 5, 1980. William F. Ochs, Jr., Public Defender, for appellant; J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., HESTER and WIEAND, JJ.

Order affirmed.

450 A.2d 219

Commonwealth v. Bundridge, Appellant.

Submitted September 29, 1981. Andrew J. Achman, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, MONTEMURO and VAN der VOORT, JJ.

Order affirmed.